## MICRONOMICS
*Economic Research & Consulting*

Micronomics
Forty-Sixth Floor
777 South Figueroa Street
Los Angles, California 90017
Tel:  213 629 2655
Fax: 213 688 8899
www.micronomics.com

**ROBERT MILLS**
**Vice President**

Robert Mills has extensive experience quantifying economic damages in connection with commercial litigation.  He has served as an expert witness or consultant in a wide range of matters, including patent, trademark and copyright infringement, theft of trade secrets, breach of contract, interference, conversion, fraud, predatory pricing, attempted monopolization, and labor disputes. His experience spans many industries, including software, semiconductors, telecommunications, manufacturing, apparel, insurance, energy, entertainment, waste, real estate, sporting goods, health care, pharmaceuticals, and medical devices, among others.  Mr. Mills has testified as an economic expert in Federal District Court, state courts in multiple jurisdictions, and at arbitration.  He has appeared at mediation venues and before the U.S. Department of Justice.

Mr. Mills also engages in economic research and consulting activities outside the context of litigation.  He has assessed the anticipated competitive effects of mergers and joint ventures on behalf of government regulatory agencies and merging parties; developed forecasts and strategic recommendations for government agencies and clients involved with real estate development; and assisted clients with the valuation of intangible assets and entire businesses.

**FIELDS OF CONCENTRATION**

> Intellectual Property; Industrial Organization; Statistics; Economic Valuation and Damages Calculations

**EMPLOYMENT**

> Micronomics, 1998 – present (affiliated with InteCap, Inc., 2000 – 2003)
> > Los Angeles, California

> Hobson Johnson & Associates
> > Associate, 1996 – 1998
> > Portland, Oregon

> University of California, Santa Barbara
> > Teaching Assistant, Department of Economics, 1994 – 1995
> > Santa Barbara, California

**SELECTED CONSULTING EXPERIENCE**

<u>Economic Damages/Lost Profits</u>

- Calculated lost profits on behalf of plaintiffs and defendants in connection with contract disputes, patent infringement, fraud, interference, antitrust, and other causes of action.  Addressed lost sales, incremental cost, market definition, capacity, foreseeability, mitigation, and alter ego issues.

- Quantified relevant profits under disgorgement theories of damages.

- Determined magnitude of alleged underpayment of overtime to a class of exempt employees on behalf of a national retail chain.

- Quantified lost earnings and benefits in connection with wrongful termination and personal injury matters.

- Analyzed irreparable harm issues in connection with motions for temporary restraining orders and preliminary injunctions.

<u>Intellectual Property</u>

- Determined reasonable royalties and calculated lost profits in connection with patent infringement matters on behalf of patent owners and alleged infringers. Addressed royalty base, reasonable royalty rates, commercial success, non-infringing substitutes, availability, comparability, capacity constraints, convoyed sales, price erosion damages, and the entire market value rule.

- Calculated damages on behalf of clients involved with theft of trade secrets, trademark infringement, and copyright infringement litigation.

- Reviewed numerous license and cross-license agreements covering technologies related to telecommunications, semiconductors, software, sporting goods, medical devices, security, construction materials, motion control, and consumer products, among other industries.

- Assisted with the negotiation of patent license agreements.

<u>Valuation</u>

- Valued controlling and minority interests in closely held businesses. Addressed issues of liquidity, marketability, comparability, and the cost of capital.

- Valued stock options, earn-outs, and escrowed contingencies in connection with acquisitions and intellectual property transfers.

- Analyzed commercial and industrial real estate appraisals and made strategic recommendations to government agencies contemplating real estate transactions.

Antitrust

- Assessed the anticipated competitive effects of mergers, acquisitions, and joint ventures on behalf of government regulatory agencies as well as merging parties.

- Estimated anticipated post-merger prices using merger simulation techniques on behalf of a manufacturer of branded consumer products. Presented findings to U.S. Department of Justice.

- Conducted studies of market definition, attempted monopolization, below-cost pricing, price discrimination, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

- Evaluated price fixing allegations in the semiconductor industry.

- Analyzed relevant markets and economic damages in connection with a patent misuse claim.

- Conducted econometric analyses of pricing and output in a matter involving price fixing allegations.

Real Estate

- Assisted government agencies with eminent domain compensation issues.

- Prepared numerous feasibility studies and financial projections for income producing properties, including commercial, industrial, residential, and resort projects.

- Prepared forecasts of vacancy, absorption, rental rates, and new construction for financial institutions, government agencies, and real estate developers.

- Conducted study of student housing options on behalf of a university. Recommended adjustments to university housing rental rates and determined target rates for planned development.

- Recommended development strategies to numerous real estate developers. Addressed product size, mix, location, and other qualitative factors.

- Calculated damages caused by interference with development of a master planned community.

Cost-Benefit Analysis

- Estimated the economic, fiscal, and social impact of instituting system development fees for new real estate development.

- Assisted a multi-jurisdiction planning commission in assessing economic, fiscal and social impacts of anticipated demilitarization.

- Advised the developer of a major destination resort of the economic and fiscal impacts of the proposed project.

- Advised client of financial and other costs and benefits of relocating headquarters and manufacturing operations.

- Assessed the impact of a large retail establishment on small retailers located near its stores.

- Recommended development strategies to a port authority based on analysis of the costs and benefits of its options.

Econometrics

- Developed econometric models used to assess the competitive impacts of proposed mergers.

- Estimated own- and cross-price elasticity of demand for differentiated products in the baking industry.

- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved with commercial litigation.

- Evaluated econometric models provided to a government regulatory agency by parties contemplating a merger.

- Developed econometric models used to measure the effects of economic events on the value of firms.

- Assisted clients with survey design, sampling, and hypothesis testing.

Risk Analysis

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.

- Analyzed risk associated with litigation versus settlement in insurance claim disputes on behalf of insurers and insured parties.

**TESTIMONY/EXPERT REPORTS**

1. *Robert Bush v. Allianz Life Insurance Company of North America, et al.*
   United States District Court, Central District of California
   Case No. SACV07-913 JVS (MLGx)
   Wrongful Termination
   Report

2. *Bid For Position, LLC v. AOL, LLC, et al.*
   United States District Court, Eastern District of Virginia
   Case No. 2:07-CV-582-JBF/TEM
   Patent Infringement
   Report

3. *Enovsys, LLC v. Nextel Communications, Inc., et al.*
   United States District Court, Central District of California
   Case No. CV 06-5306-RSWL
   Patent Infringement
   Reports, Deposition, Trial

4. *Bayer Clothing Group, Inc. v. Sears, Roebuck & Co.*
   United States District Court, Northern District of Illinois
   Case No. 07-CV-2395
   Breach of Contract
   Report, Deposition

5. *Randi Black v. Ce Soir Lingerie Co., Inc., et al.*
   United States District Court, Eastern District of Texas
   Case No. 2:05-CV-544 (DF/JL)
   Patent Infringement
   Report

6. *The Milton H. Greene Archives, Inc. v. Marilyn Monroe LLC, et al.*
   United States District Court, Central District of California
   Case No. CV 05-02200-MM (Ex)
   Copyright Infringement, Right of Publicity, Interference
   Report

7. *O2 Micro International, Ltd. v. Rohm Co., Ltd.*
   United States District Court, Eastern District of Texas
   Case No. 2:05-CV-211 TJW
   Patent Infringement, Antitrust Counterclaims
   Reports, Depositions, Trial

8.  *Dale Poe Development Corporation, et al v. The*
    *Wildlands Conservancy, Inc., et al.*
    Superior Court of California, County of Kern
    Case No. S-1500-CV-255842
    Breach of Contract, Interference
    Report

9.  *Conway Ho v. Capcom Co., Ltd., et al.*
    Superior Court of California, County of Los Angeles
    Case No. BC 358289
    Breach of License Agreement, Interference
    Report, Deposition

10. *SRI International v. Millennium Inorganic Chemicals, Inc., et al.*
    American Arbitration Association
    Case No. 74 133 Y 00737 06 BRSH
    Breach of Contract, Fraud
    Report

11. *Ann Deren-Lewis v. Genentech, Inc., et al.*
    Superior Court of California, County of Los Angeles
    Case No. BC 326343
    Wrongful Termination
    Deposition

12. *One Industries, LLC v. Jim O'Neal Distributing, Inc.*
    U.S. District Court, Central District of California
    No.  06 CV 1133 JAH (AJB)
    Trademark and Trade Dress Infringement
    Report, Deposition

13. *Eric Joseph Aubry Sr. v. 7-Eleven, Inc., et al.*
    U.S. District Court, Central District of California
    No.  CV-06-1076 GHK (JTLx)
    Interference
    Report

14. *Tokai Corp., et al. v. Newell Rubbermaid, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV-06-1064 PA (PJWX)
    Patent Infringement
    Report, Deposition

15. *Tokai Corp., et al. v. New York Lighter Company, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV 05-7275 PA (PJWx)
    Patent Infringement
    Report

16. *Minka Lighting, Inc. v. Hunter Fan Company d/b/a Casablanca Fan Co.*
    U.S. District Court, Central District of California
    No. CV 05-6557 RGK (JTLx)
    Patent Infringement
    Report

17. *Klausner Technologies, Inc. v. America Online, Inc.*
    U.S. District Court, Eastern District of Virginia
    No. 1:05CV703 (CMH/LO)
    Patent Infringement
    Report

18. *Guy P. Abramo v. Ingram Micro, Inc., et al.*
    American Arbitration Association
    Case No. 72 116 01298 05 BEAH
    Breach of Contract
    Report, Deposition

19. *Calico Brands, Inc., et al. v. Ameritek Imports, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV-02-0205 GHK (PLAx)
    Patent Infringement
    Report, Deposition, Trial

20. *Marshall & Swift/Boeckh, LLC v. Castle Inspection Service, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV-0408600-R (FMOx)
    Copyright Infringement
    Report

21. *John Dawson v. Vincent W. Goett, et al.*
    Superior Court, State of Arizona, County of Maricopa
    No. CV 2000-0143344
    Fraud
    Trial

22. *Media Technologies Licensing, LLC v. The Upper Deck Company, et al.*
    U.S. District Court, Central District of California
    No. SASV 01-1198 AHS (Anx)
    Patent Infringement
    Reports, Deposition

23. *Yomtobian Enterprises, Inc. v. Network Solutions, Inc., et al.*
    Virginia: In The Circuit Court of Fairfax County
    Law No. 215006
    Breach of Contract
    Report

24. *Diodem, LLC v. Lumenis, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV-03-2142 GAF (RCx)
    Patent Infringement
    Reports, Deposition

25. *Roger Carson Later v. Fresh Express, Inc., et al.*
    U.S. District Court, Central District of California
    No. C 03-5198 ER (JTLx)
    Patent Infringement
    Report

26. *Animatics Corporation v. Quicksilver Controls, Inc., et al.*
    U.S. District Court, Northern District of California
    No. C 99-05133 WHA
    Patent Infringement
    Reports, Deposition

27. *ActivCard, S.A. v. VASCO Data Security International, Inc.*
    United States District Court, District of Delaware
    No. 02-189 (KAJ)
    Patent Infringement
    Report

28. *Viacom Outdoor, Inc. v. Strategic Technologies International, Inc., et al.*
    Superior Court of California, County of Los Angeles
    Case No. BC 268140
    Breach of Contract, Conversion
    Report, Depositions, Trial

29. *Slip Track Systems, Inc., et al. v. Metal-Lite, Inc., et al.*
    U.S. District Court, Central District of California
    No. SA CV 98-20 AHS (EEx)
    Patent Infringement
    Reports, Deposition, Trial

30. *Slotline Golf, Inc., et al. v. Trinity Golf, Inc., et al.*
    U.S. District Court, Central District of California
    No. SA02-114 DOC (ANX)
    Trademark Infringement
    Report, Deposition

31. *Westbourne International, Inc. v. Arrowhead General Ins. Agency, Inc., et al.*
    U.S. District Court, Central District of California
    No. 01-CV-1800 H (JFS)
    Copyright Infringement
    Reports, Deposition, Trial

32. *Robert Battista v. TheraCom, Inc., et al.*
    U.S. District Court, Central District of California
    No. 00-10748 GAF (AJWx)
    Breach of Contract
    Report, Depositions

33. *International Business Group, Inc. v. Danaher Corporation*
    U.S. District Court, Central District of California
    No. 01-02372 ER (Mcx)
    Breach of Contract
    Reports, Depositions, Trial

34. *Glen Holly Entertainment, Inc. v. Tektronix, Inc., et al.*
    U.S. District Court, Central District of California
    No. 99-02476 SVW (RCx)
    Antitrust
    Reports, Deposition

35. *Bret Michaels v. Internet Entertainment Group, Inc., et al.*
    U.S. District Court, Central District of California
    No. CV 98-0583 DDP (CWx)
    Copyright Infringement, Right of Publicity
    Reports

36. *Market Scan Information Systems, et al. v. Morrison Marketing, Inc., et al.*
    Superior Court of California, County of Los Angeles
    Case No. LC 038832
    Breach of Contract
    Reports, Trial


**EDUCATION**

M.A., Economics, University of California, Santa Barbara, 1995
M.S., Applied Economics, Portland State University, 1994
B.S., Economics and History, Portland State University, 1992


**PAPERS/SPEECHES/PRESENTATIONS**

- "Industry Norms and Reasonable Royalty Rate Determination" (with Roy Weinstein and Michelle Porter), *Les Nouvelles*, March 2008.

- "Market Concentration and Unilateral Effects," UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina Del Ray, California, February 28, 2004.

- "Hot Topics in Intellectual Property Valuation," California Mandatory Continuing Legal Education Program, Los Angeles, November 2000.

- "Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, July 2000.

- "Unilateral Effects in Merger Analysis: The Simulation Approach," for the Los Angeles County Bar Association, February 1999.

**AFFILIATIONS**

American Economic Association
Licensing Executives Society
American Bar Association, Intellectual Property Law Section, Associate Member