```
 1                                              JS - 6
 2
 3
 4
 5
 6
 7
 8
                      UNITED STATES DISTRICT COURT
 9
                     CENTRAL DISTRICT OF CALIFORNIA
10
                            SOUTHERN DIVISION
11
   MEDIA TECHNOLOGIES LICENSING,   )
12 LLC, a California limited       )
   liability company               )   SA CV 01-1198 AHS (ANx)
13                                 )   consolidated with
                                   )   SA CV 03-897 AHS (ANx)
14                                 )
                 Plaintiff,        )
15                                 )
            v.                     )   JUDGMENT
16                                 )
   THE UPPER DECK COMPANY, a       )
17 corporation, et al.,            )
                                   )
18               Defendants.       )
                                   )
19
```

20      Defendants' motion for summary judgment that the
21 patents in suit are invalid on obviousness grounds, plaintiff's
22 motion for partial summary judgment on defendants' and counter-
23 claimants' affirmative defenses and counterclaims for declaratory
24 relief that the claims of the patents in suit are invalid under
25 Section 102 of the Patent Act, and defendants' motion for summary
26 judgment for non-infringement came regularly for hearing before
27 the Court, the Honorable Alicemarie H. Stotler, Chief Judge,
28 presiding.  The matters having been duly heard and considered and
   rulings having been duly rendered,

IT IS ORDERED AND ADJUDGED:

that plaintiff takes nothing from defendants on the complaint, that judgment on the counterclaim for declaratory relief as to invalidity of the patents in suit on obviousness grounds is granted in favor of counterclaimants and against plaintiff/counterdefendant, the balance of the counterclaim is dismissed without prejudice, and each party shall bear its own costs of suit.

DATED:  October 6, 2008.

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE